UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROSEMARY WEST-BOWLSON,**  Plaintiff,  v.  **SUN WEST MORTGAGE COMPANY, INC.,**  Defendant. | 2:23-CV-12105-TGB-EAS  **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 26)** |

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's June 20, 2024 Report and Recommendation (ECF No. 26) recommending that Defendant's Motion for Judgment on the Pleadings (ECF No. 17) be **GRANTED IN PART** and **DENIED IN PART**, and Plaintiff's Motion for Preliminary Injunction or Temporary Restraining Order (ECF No. 18) be **DENIED**.

The Court has reviewed Judge Stafford's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*.

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept Judge **Error! Reference source not found.**'s Report and Recommendation of **Error! Reference source not found.**, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge **Error! Reference source not found.**'s Report and Recommendation of **Error! Reference source not found.** (ECF **Error! Reference source not found. Error! Reference source not found.**) is **ACCEPTED** and **ADOPTED**.

**SO ORDERED**, this 16th day of August, 2024.

>BY THE COURT:
>
>/s/Terrence G. Berg
>TERRENCE G. BERG
>United States District Judge