UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROSEMARY WEST-BOWLSON,<br><br>Plaintiff,<br><br>v.<br><br>SUN WEST MORTGAGE COMPANY, INC.,<br><br>Defendant. | Case No. 23-cv-12105<br>Honorable Terrence G. Berg<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S DEPOSITION (ECF NO. 36)**

Defendant Sun West Mortgage Company, Inc. moves to compel Plaintiff Rosemary Wes-Bowlson's deposition. ECF No. 36. The Honorable Terrence G. Berg referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 14.

The Court entered a scheduling order setting a discovery cutoff date of December 30, 2024. ECF No. 35. On December 9, Sun West served notice of West-Bowlson's deposition to take place on December 19. ECF No. 36-1. On December 17, West-Bowlson notified Sun West that she was unavailable on December 19 and asked to reschedule the deposition to take place after the holidays. ECF No. 36-2, PageID.565-566. West-

Bowlson agreed to appear for her deposition and merely wished to reschedule. *Id.*

Because West-Bowlson agrees to appear for deposition, the Court **GRANTS** Sun West's motion to compel. The deposition must be completed by **January 17, 2025**. If the parties need to conduct other discovery after the December 30 discovery cutoff, they must request a status conference.

                                                 s/Elizabeth A. Stafford
                                                 ELIZABETH A. STAFFORD
                                                 United States Magistrate Judge

Dated: December 27, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

2

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 27, 2024.

                                        <u>s/Davon Allen</u>
                                        DAVON ALLEN
                                        Case Manager