UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROSEMARY WEST-BOWLSON,** Plaintiff, vs. **SUN WEST MORTGAGE COMPANY, INC.,** Defendant. | 2:23-CV-12105-TGB-EAS HON. TERRENCE G. BERG **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 44)** |

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's April 29, 2025, Report and Recommendation, ECF No. 44, recommending that Defendant Sun West Mortgage Company, Inc.'s Motion for Summary Judgment, ECF No. 41, be **GRANTED.**

The Court has reviewed Magistrate Judge Stafford's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*.

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore,

accept Magistrate Judge Stafford's April 29, 2025 Report and Recommendation as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation, ECF No. 44, is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Sun West's Motion for Summary Judgment, ECF No. 41, is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.**

**This is a final order that closes the case.**

**IT IS SO ORDERED.**

Dated: May 21, 2025        /s/Terrence G. Berg
                           HON. TERRENCE G. BERG
                           UNITED STATES DISTRICT JUDGE